[5 NE3d 586, 982 NYS2d 439]

In the Matter of McIver-Morgan, Inc., Respondent, v Christopher Dal Piaz et al., Appellants.

Decided February 18, 2014

## APPEARANCES OF COUNSEL

*Massoud & Pashkoff, LLP*, New York City (*Ahmed A. Massoud* of counsel), for appellants.

*Feldman & Associates, PLLC*, New York City (*Edward S. Feldman* of counsel), for respondent.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and the certified question not answered upon the ground that it is unnecessary. The Appellate Division correctly determined that vacatur of the arbitration award would require an impermissible fact-intensive review by the courts.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and ABDUS-SALAAM. Taking no part: Judge RIVERA.